United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2312

_____

Kenneth E. Hawley; Margaret R.     *
Hawley,     *
    *
        Appellants,     *
    *
     v.     *
    *
Donald Nelson; Teresa Winemiller;     *
Caroline Bradford; Kaye Harms;     *
Roger Berkbuegler; Carl James; Wayne     *
Langston; Russell Sheldon; Charlene     *
Wheeler; John W. Wiggins; Mary W.     *
Sheffield; Russell Carnahan; Ralph     *
Haslag; Lynn Slawson; Kent King;     *   Appeal from the United States
Melvin E. Carnahan; Roger A.     *   District Court for the
Carnahan; William E. Hickle; Douglas     *   Eastern District of Missouri.
E. Long,     *
    *
        Appellees,     *    [UNPUBLISHED]
    *
Circuit Court of Phelps County,     *
Associate Division,     *
    *
        Defendant,     *
    *
Unnamed Employee(s) of the Rolla     *
Senior High School,     *
    *
        Appellees.     *

_____

Submitted: March 20, 1998
Filed: March 26, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Kenneth E. Hawley and Margaret R. Hawley appeal the district court's[1] dismissal of their 42 U.S.C. § 1983 complaint against numerous defendants. The Hawleys' complaint centers around the custody of the Hawleys' two minor sons, Joshua and Caleb, and actions taken by defendant juvenile officers, school officials, foster parents, and judges. After de novo review, we affirm the judgment of the district court for the reasons set forth in its memorandum and order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).